RUSS, AUGUST & KABAT
Larry C. Russ, State Bar No. 082760
lruss@raklaw.com
Irene Y. Lee, State Bar No. 213625
ilee@raklaw.com
Timothy M. Baumann, State Bar No. 322982
tbaumann@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Attorneys for Plaintiff
MATISSE FOOTWEAR, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATISSE FOOTWEAR, INC., a California corporation,<br><br>            Plaintiff,<br><br>vs.<br><br>STYLELINE STUDIOS INTERNATIONAL LTD., D/B/A J/SLIDES, D/B/A J/SLIDES NYC, a Chinese corporation; and JSL STUDIOS INTL LLC, D/B/A J/SLIDES, D/B/A J/SLIDES NYC, a New York limited liability company,<br><br>            Defendants. | Case No. 2:21-cv-06330-ODW (ASx)<br><br>**PLAINTIFF MATISSE FOOTWEAR, INC'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE DATED NOVEMBER 4, 2021**<br><br>Complaint Filed: August 5, 2021 |

Plaintiff Matisse Footwear, Inc. ("Matisse") hereby submits this Response to the Court's Order to Show Cause (the "Order"), dated November 4, 2021 (Dkt. No. 17), and, for the reasons stated herein, respectfully requests that the Court not dismiss this action.

On August 5, 2021, Matisse brought this lawsuit against Defendants JSL Studios Intl LLC ("JSL") and Styleline Studios International Ltd. ("Styleline") (collectively, "Defendants"), alleging violations of the Lanham Act and related claims. *See* Dkt. No. 1. Declaration of Timothy M. Baumann ("Baumann Decl."), ¶ 2. Concurrently with its filing, Matisse served a courtesy copy of the Complaint and a letter to representatives of Defendants. Baumann Decl., ¶ 2. From that time to the present, Matisse has been in contact with counsel for Defendants and actively negotiating a compromise of the claims. Baumann Decl., ¶¶ 2-6, 8.

On September 27, 2021, Matisse served a notice and request for waiver of service of summons on counsel for Defendants, in compliance with Fed. R. Civ. P. 4(d), giving JSL (located within the United States) until October 27, 2021 and Styleline (located outside the United States) until November 26, 2021 to return the waiver. Baumann Decl., ¶ 5. Counsel for Defendants responded on October 18, 2021, ignoring the waiver request and threatening a cross-complaint if service is affected. Baumann Decl., ¶ 6. As the Court accurately stated in the Order, JSL is located within the United States. Nonetheless, it has refused to sign and return the waiver of service, without offering, or attempting to offer, good cause. Baumann Decl., ¶ 6.

Counsel continues to meet and confer regarding a settlement, most recently on November 1, 2021. Although it is ready, willing, and able to serve process on Defendants, Matisse continues to explore ways to resolve the matter amicably. Baumann Decl., ¶¶ 8-10.

Accordingly, good cause exists to discharge the Order because Matisse has been engaged in good faith settlement negotiations with Defendants and has, at all

Russ, August & Kabat

1  times, acted diligently to resolve this matter in a timely and efficient manner.
2  Baumann Decl., ¶ 10. As Styleline (located outside the United States) still has until
3  November 26, 2021 to return the waiver, Matisse requests an additional thirty (30)
4  days so it can have additional time to ascertain whether Styleline complies with the
5  waiver request and effect service upon both Defendants. Given Matisse's prior
6  request for a waiver of service, ongoing communications with defense counsel, and
7  diligent pursuit of amicable resolution, Matisse anticipates service on both
8  Defendants to be accomplished within that time.

DATED: November 10, 2021

Respectfully submitted,

RUSS, AUGUST & KABAT
Larry C. Russ
Irene Y. Lee
Timothy M. Baumann

By: */s/ Timothy M. Baumann*
Timothy M. Baumann
Attorneys for Plaintiff
MATISSE FOOTWEAR, INC.

Russ, August & Kabat

211110 Plaintiff's Response to OSC.docx

3

PLAINTIFF MATISSE FOOTWEAR, INC.'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE DATED NOVEMBER 4, 2021